# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Rachel R. Ball,

    Plaintiff,

v.

Commissioner of Social Security,

    Defendant.

Case No. 2:18-cv-376

Judge Michael H. Watson

Magistrate Judge Deavers

## ORDER

On July 15, 2019, Magistrate Judge Deavers issued a Report and Recommendation ("R&R") recommending that the Commissioner's decision in this social security case be reversed and that the action be remanded under Sentence Four of § 405(g).

The R&R advised the parties of their right to object to the same and of the consequences of failing to do so, including that failure to object would result in both the waiver of *de novo* review by the Undersigned as well as waiver of the right to appeal the judgment of the District Court. R&R 12, ECF No. 17. The deadline for filing objections has passed, and none were filed. Accordingly, the Court **ADOPTS** the R&R. The Commissioner's decision is **REVERSED**, and this case is **REMANDED** under Sentence Four of § 405(g).

IT IS SO ORDERED.

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**